FILED

03/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0200



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0200

ROBERT D. MAXIN,

        Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED March 29, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court